Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
MOISES ROSALES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MOISES ROSALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL PORTFOLIO CONTROL, INC,<br><br>　　　　　Defendant. | Case No.: 2:14-cv-00442-SJO (AGRx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION OF SUBSTITUION OF COUNSEL [12]** |

**ORDER**

　　Permission is hereby granted for RYAN LEE (California State Bar Number 235879), of 10474 Santa Monica Blvd, Suite 405, Los Angeles, CA 90025, to be attorney of record for plaintiff MOISES ROSALES, in place and stead of Rory Leisinger.  Additionally, RORY LEISINGER (SBN 277476) is hereby withdrawn as attorney of record for the Plaintiff.

**IT IS SO ORDERED.**


Dated:　February 28, 2014　　　　　　　*S. James Otero*
　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　The Honorable Judge

　　　　　　　　　　　　　　　　　　　United States District Judge