# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES ROSALES,<br><br>     Plaintiff,<br><br>     v.<br><br>CENTRAL PORTFOLIO CONTROL, INC.,<br><br>     Defendant. | Case No.: 2:14-cv-00442-SJO-AGR<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

Based on the Stipulation of Dismissal agreed to and executed by the plaintiff and the defendant, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice.  Each party shall bear his or its own fees and costs.

**IT IS SO ORDERED.**

DATED: _____       _____
                                HON. S. JAMES OTERO
                                UNITED STATES DISTRICT JUDGE

- 1 -